**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

BRIAN T OWEN #42435-511          CASE NO.  1:26-CV-00320 SEC P

VERSUS          JUDGE TERRY A. DOUGHTY

WARDEN F C I POLLOCK          MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 7], after an independent review of the record, no objections thereto have been filed by Petitioner, Brian T. Owen ("Petitioner"), and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 2nd day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE